IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERNEST PRIOVOLOS | : | |
| Plaintiff, | | |
| | | CIVIL ACTION |
| v. | : | NO. 15-0151 |
| | | |
| UNITED STATES OF AMERICA | | |
| Defendants. | : | |

## ORDER

AND NOW, this 30th day of June, 2016, it is hereby ORDERED as follows:

1) Defendant's Motion to Dismiss (ECF No. 26) is GRANTED;

2) Plaintiff's Amended Complaint (ECF No. 15) is DISMISSED with prejudice;

3) Plaintiff's Motion to Compel (ECF No. 31) is DENIED as moot; and,

4) The Clerk of Court shall mark this matter CLOSED.

BY THE COURT:


/s/ C. Darnell Jones, II
_____
C. Darnell Jones, II      J.